

FILED
MAY 10 2018
WASHINGTON STATE
SUPREME COURT

# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | SUSPENSION ORDER |
| | ) | |
| ADMINISTRATIVE SUSPENSION OF | ) | SUPREME COURT NO. |
| | ) | 201,767-3 |
| ATTORNEYS FOR FAILURE TO COMPLY | ) | |
| | ) | |
| WITH 2018 LICENSING REQUIREMENTS | ) | |

Pursuant to APR 17, the Executive Director of the Washington State Bar Association filed a certified list of members of the Washington State Bar Association who have failed to comply with the 2018 licensing requirements, including failure to pay licensing fees and assessments, failure to file a trust account declaration, failure to file a professional liability insurance disclosure form, and failure to comply with mandatory continuing legal education requirements. The Executive Director has certified that all of the members were given the required pre-suspension notice by certified mail. The Washington State Bar Association has recommended the suspension of these members.

The Court is satisfied that the following named members have not complied with the 2018 licensing requirements and that they were given the required pre-suspension notice by certified mail.

Now, therefore, it is hereby

ORDERED:

The following named members are administratively suspended from the practice of law in the State of Washington for failure to comply with the 2018 licensing requirements as specified below:

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 259 | William John Murphy | Licensing Fees | Trust Account | Insurance | |
| 1297 | Christopher Charles Leady | Licensing Fees | | | |
| 2194 | Richard I Sindell | Licensing Fees | Trust Account | Insurance | |
| 2383 | Richard J. Thorpe | Licensing Fees | | | |
| 4156 | John Beresford Welsh Jr | Licensing Fees | | | |
| 4303 | Ronald C. Wilkinson | Licensing Fees | | | |

Page 2
ORDER
201,767-3

| | | | | | |
|---|---|---|---|---|---|
| 4561 | Alfred G. Moss | Licensing Fees | | | |
| 4999 | Christopher Kane | Licensing Fees | | | |
| 5383 | Charlotte A. Twight | Licensing Fees | | | |
| 6222 | Philip P. McGimpsey | Licensing Fees | Trust Account | Insurance | |
| 6282 | Roger D Sherrard | Licensing Fees | Trust Account | Insurance | |
| 6564 | Eddie Yoon | Licensing Fees | Trust Account | Insurance | MCLE |
| 6602 | Bruce Grant Gould | Licensing Fees | | | |
| 6769 | Aaron Horowitz | Licensing Fees | | | |
| 7107 | Andrew Christopher Heinegg | Licensing Fees | Trust Account | Insurance | MCLE |
| 7153 | Ward Brown | Licensing Fees | | | |
| 7496 | Gregory Alan Smith | Licensing Fees | | | |
| 8181 | Paul Jon Ruuska | Licensing Fees | Trust Account | Insurance | MCLE |
| 9381 | Richard D Reed | Licensing Fees | | | |
| 9608 | Richard Dean Vogt | Licensing Fees | | | |
| 10575 | Daniel M. Arnold | Licensing Fees | Trust Account | Insurance | MCLE |
| 11879 | Dennis Adrian Kole | Licensing Fees | Trust Account | Insurance | MCLE |
| 12100 | Barbara D. Hoffman | Licensing Fees | | | |
| 12826 | Meg L. Jones | | | | MCLE |
| 12871 | James F. Walker | Licensing Fees | Trust Account | Insurance | MCLE |
| 12925 | Robert Mathews Gray | Licensing Fees | | | |
| 13455 | Kern William Cleven | Licensing Fees | Trust Account | Insurance | MCLE |
| 13978 | William Eliott Kopp | Licensing Fees | | | |
| 14027 | Barbara W. Fritzemeier | Licensing Fees | | | |
| 14504 | Robert E. Repp | Licensing Fees | Trust Account | Insurance | |
| 14596 | Robin Morris Bale | Licensing Fees | | | |
| 14670 | Steven Mark Lowe | Licensing Fees | | | |
| 14867 | Thomas Allan Heller | Licensing Fees | | | |
| 14882 | Perry Earl Buck | Licensing Fees | Trust Account | Insurance | |
| 14934 | Michael D. Armstrong | Licensing Fees | Trust Account | Insurance | |
| 15143 | Robin E. Webb-Lakey | Licensing Fees | Trust Account | Insurance | |
| 15191 | Harold Thaddeus Dodge Jr | Licensing Fees | Trust Account | Insurance | |
| 15295 | Stephen Francis Gustaveson | Licensing Fees | | | |
| 16109 | Timothy Edward Miller | Licensing Fees | Trust Account | Insurance | |
| 16318 | Robert Lee Hines Jr | Licensing Fees | Trust Account | Insurance | |
| 16346 | Richard E. Kriger | Licensing Fees | Trust Account | Insurance | |
| 16465 | Clarence Floyd West | Licensing Fees | | | |
| 16703 | John David Sinclair | Licensing Fees | | | |
| 16787 | Hillary G. Kaplan | Licensing Fees | Trust Account | Insurance | |
| 17115 | Laura N Gustafson | Licensing Fees | | | |
| 18160 | Paul D. Reese | Licensing Fees | | | |

Page 3
ORDER
201,767-3

| | | | | | |
|---|---|---|---|---|---|
| 19227 | Mary M. Doran | Licensing Fees | | | |
| 19644 | Bryan Patrick Murphy | Licensing Fees | | | |
| 19724 | Arth'E Kelly Lee | Licensing Fees | | | |
| 20261 | Anthony Edward Keating | Licensing Fees | | | |
| 20599 | David E. Vis | Licensing Fees | Trust Account | Insurance | |
| 20985 | Brian Christopher Golob | | Trust Account | Insurance | |
| 21010 | High Robley Heermans | Licensing Fees | | | |
| 21259 | Jeffrey Kenneth Hanson | Licensing Fees | | | |
| 21380 | Marie Anne Soveroski | Licensing Fees | | | |
| 21513 | Harry Andrew Jackson | | Trust Account | Insurance | MCLE |
| 21605 | Rita F. Miller | Licensing Fees | | | |
| 21659 | Robert McKevitt Zoffel | Licensing Fees | Trust Account | Insurance | |
| 21754 | Irving Mark Rosenberg | Licensing Fees | Trust Account | Insurance | |
| 21887 | Jack L. Stewart | Licensing Fees | | | |
| 22115 | Richard Lynn Griffith | Licensing Fees | | | |
| 22186 | Sandra Jean Rovai | Licensing Fees | | | |
| 22285 | Daniel Thomas Parsons | | | | MCLE |
| 22380 | Michael Dean Martin | Licensing Fees | Trust Account | Insurance | MCLE |
| 23277 | Patricia Elizabeth Thompson | Licensing Fees | Trust Account | Insurance | |
| 23429 | William Oliver King III | Licensing Fees | | | |
| 23785 | Amy Jean Sullivan-King | Licensing Fees | | | |
| 24550 | Joshua L. Palmer | Licensing Fees | | | |
| 24647 | Kelly Adrienne Meagher | Licensing Fees | Trust Account | Insurance | MCLE |
| 24843 | Marko Mazurkevich | Licensing Fees | | | |
| 24950 | K.C. Williamson | Licensing Fees | | | |
| 25010 | Nicholas A. Nuamah | | | | MCLE |
| 25011 | Le June Perrin | Licensing Fees | Trust Account | Insurance | MCLE |
| 25245 | Lorraine Ely-Morrison | Licensing Fees | Trust Account | Insurance | MCLE |
| 25273 | Sarah Elizabeth Blocki | Licensing Fees | Trust Account | Insurance | MCLE |
| 25449 | Linda S. Machia | Licensing Fees | | | |
| 25489 | Philippe Riesen | Licensing Fees | | | |
| 26440 | Marjorie Rose Culver | Licensing Fees | | | |
| 26654 | Lisa Lawrence Beard | Licensing Fees | | | |
| 26969 | Polly L Oliver | Licensing Fees | | | |
| 27095 | Katuria E D'Amato | Licensing Fees | | | |
| 27188 | Suzanne Imes Seburn | Licensing Fees | | | |
| 27310 | Jerrilynn Hadley | Licensing Fees | | | |
| 27714 | Brian Anthony Schwarzwalder | Licensing Fees | Trust Account | Insurance | |
| 28278 | Donna Patricia Mannion | | | Insurance | MCLE |
| 28476 | Maureen D Burke | Licensing Fees | Trust Account | Insurance | MCLE |

| | | | | | |
|---|---|---|---|---|---|
| 28730 | Dianna L Anderson | Licensing Fees | | | |
| 28943 | James M Mason | Licensing Fees | | | |
| 29504 | Daniel Martin Blair | Licensing Fees | Trust Account | Insurance | |
| 30395 | Jennefer Ann Fallat | Licensing Fees | Trust Account | Insurance | |
| 30975 | Susan Lucille Munk | Licensing Fees | Trust Account | Insurance | MCLE |
| 31054 | Scott Miller | Licensing Fees | Trust Account | Insurance | MCLE |
| 31094 | Leland Franklin Willis | Licensing Fees | Trust Account | Insurance | MCLE |
| 31159 | Bernard Berman | Licensing Fees | Trust Account | Insurance | MCLE |
| 31627 | Ronald Allen Peters | Licensing Fees | Trust Account | Insurance | MCLE |
| 31900 | Elizabeth Jean Caldwell | Licensing Fees | Trust Account | Insurance | MCLE |
| 31996 | Timothy W Stewart | Licensing Fees | | | |
| 32001 | Serena Louise Scott-Ram | Licensing Fees | | | |
| 32869 | Dean Terrillion | Licensing Fees | Trust Account | Insurance | |
| 33159 | Victoria Moore Pond | Licensing Fees | | | |
| 33340 | Lee Howard Rousso | Licensing Fees | Trust Account | Insurance | |
| 33341 | Harold M Turner | Licensing Fees | Trust Account | Insurance | |
| 33402 | Jennifer G Kohout | Licensing Fees | | | |
| 33628 | Dennis Xavier Goss | Licensing Fees | Trust Account | Insurance | |
| 33806 | Yon Anh Vo | Licensing Fees | Trust Account | Insurance | |
| 33983 | Jennifer C Post | Licensing Fees | | | |
| 34058 | Jessica Marden | Licensing Fees | Trust Account | Insurance | |
| 34299 | Aaron David Jeide | Licensing Fees | | | |
| 34375 | Kevin Alvarez | Licensing Fees | Trust Account | Insurance | |
| 34977 | Ayanna Wooten-Days | Licensing Fees | | | |
| 35363 | Eric J Engel | Licensing Fees | Trust Account | Insurance | MCLE |
| 35478 | Marlene K Wenger | Licensing Fees | | | |
| 35534 | Jeanna Margaret Rickards | | Trust Account | Insurance | MCLE |
| 35673 | Matthew J Penarczyk | | Trust Account | Insurance | MCLE |
| 35927 | J Michael Shaffer | Licensing Fees | | | |
| 37826 | Joshua Forrester Field | Licensing Fees | | | |
| 38575 | Jack Michael Kozak | Licensing Fees | Trust Account | Insurance | MCLE |
| 38688 | Shaye David Mann | Licensing Fees | | | |
| 38926 | Deanna L Johnson | | | | MCLE |
| 38970 | Mary Klein | Licensing Fees | | | |
| 38983 | Eric M. Ringer | Licensing Fees | | Insurance | |
| 39173 | Stephanie Ann Garabedian | Licensing Fees | | | |
| 39649 | Arthur J Volkle Jr | Licensing Fees | Trust Account | Insurance | MCLE |
| 39998 | Eryn Yee Kwai Truong | Licensing Fees | | | |
| 40404 | Nicole Alice Borromeo | Licensing Fees | | | |
| 41220 | Zahra Amin Vakil | Licensing Fees | | | |

Page 5
ORDER
201,767-3

| | | | | | |
|---|---|---|---|---|---|
| 41393 | Peter Nathaniel Martin | Licensing Fees | | | |
| 41562 | Rudolf Frank Pohlreich | Licensing Fees | Trust Account | Insurance | |
| 41577 | Christopher Philippides | Licensing Fees | | | |
| 42091 | Karla Elizabeth Rood | Licensing Fees | Trust Account | Insurance | |
| 42174 | Travis William Weaver | Licensing Fees | | | |
| 42681 | Karen Raelene Griffith | Licensing Fees | Trust Account | Insurance | MCLE |
| 43138 | Michael Deen Morita | Licensing Fees | Trust Account | Insurance | MCLE |
| 43294 | Brian John Bean | Licensing Fees | Trust Account | Insurance | MCLE |
| 43557 | Mark J Klecan | Licensing Fees | | | |
| 43981 | Thomas Louis Jones | Licensing Fees | | | |
| 44080 | Kendra Nicole Allen-Grant | Licensing Fees | Trust Account | Insurance | |
| 44588 | Carrie Ann Bunkley | Licensing Fees | | | |
| 45336 | Travis Dean Dailey | Licensing Fees | Trust Account | Insurance | |
| 45440 | Ekugbere Joseph Ejoh | Licensing Fees | | | |
| 45482 | Jacob Brian Smith | Licensing Fees | Trust Account | Insurance | |
| 45811 | Amy Frances Kunkel-Patterson | Licensing Fees | Trust Account | Insurance | MCLE |
| 46371 | Ashley Elizabeth Misocky | Licensing Fees | Trust Account | Insurance | MCLE |
| 46518 | Jose Carlos Garcia Morales | Licensing Fees | Trust Account | Insurance | MCLE |
| 46725 | Jordan Maureen Leidel | | Trust Account | | MCLE |
| 46922 | Andrew Voelker | | | Insurance | MCLE |
| 47578 | John Edward Thomas | Licensing Fees | | | |
| 47621 | Megan M Perry | Licensing Fees | Trust Account | Insurance | |
| 47647 | Catherine Risdon Murphy | Licensing Fees | | | |
| 47721 | Alison Erin Pastor | Licensing Fees | Trust Account | Insurance | |
| 47777 | Edward James Hynes | Licensing Fees | Trust Account | Insurance | |
| 47895 | Joshua Hinman | Licensing Fees | | | |
| 48296 | Lindsey R Ward | Licensing Fees | Trust Account | Insurance | |
| 48382 | Odette Nazarian Claridge | Licensing Fees | | | |
| 48408 | Rhona Taylor | Licensing Fees | Trust Account | Insurance | |
| 48819 | David Heechul Lim | Licensing Fees | | | |
| 48856 | Madeline Nicole Neighly | Licensing Fees | | | |
| 48972 | Jamal Saleh | Licensing Fees | | | |
| 49020 | Jayson Alexander Haile | Licensing Fees | | | |
| 49329 | Nagendra Setty | Licensing Fees | Trust Account | Insurance | |
| 49698 | Casey Drews | Licensing Fees | Trust Account | Insurance | |
| 49748 | Calli Lynn Hisey | Licensing Fees | Trust Account | Insurance | |
| 49764 | Jennifer Choi | Licensing Fees | Trust Account | Insurance | |
| 50553 | Jack Degree | Licensing Fees | | | |
| 50891 | Daniel Pierce Baris | Licensing Fees | Trust Account | Insurance | |
| 51114 | Brendan Michael Kennedy | Licensing Fees | Trust Account | Insurance | |

Page 6
ORDER
201,767-3

| 51534 | Thomas Benjamin Griffiths | Licensing Fees | Trust Account | Insurance | |
|-------|---------------------------|----------------|---------------|-----------|--|
| 51771 | Christopher Lindley Kelley | Licensing Fees | Trust Account | Insurance | |
| 51772 | Marion A Keyes | Licensing Fees | Trust Account | Insurance | |
| 51824 | Yuliya Ziskina | Licensing Fees | Trust Account | Insurance | |

The effective date of suspension is May 18, 2018; provided that if, by 3:00 p.m. PDT on May 17, 2018, the Washington State Bar Association has received all fees and documentation required for the lawyer to be in compliance with the 2018 licensing requirements, the suspension for that lawyer shall not go into effect.

The Washington State Bar Association is directed to notify each of the listed members, informing them of their suspension from the practice of law for failure to comply with 2018 licensing requirements.

DATED at Olympia, Washington this 10th day of May, 2018.

For the Court

Fairhurst, CJ.
CHIEF JUSTICE