# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In the Matter of Eddie Yoon

WSBA No. 6564

Case No 2:18-rd-00023

ORDER OF RECIPROCAL DISCIPLINE

The matter comes before the Court under General Rule 2(f) of the Local Rules of the United States District Court for the Western District of Washington. Thirty days has elapsed since the Court was informed that Eddie Yoon was suspended by the Washington State Supreme Court; and Eddie Yoon was afforded the opportunity to show good cause within thirty days why Eddie Yoon should not be suspended; no good cause having been shown;

It is ORDERED THAT Eddie Yoon is suspended from practice before this Court.

Dated July 19, 2018.

WALTER T. MCGOVERN
United States District Judge